IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LUIS RIOS,

    Petitioner,

v.

R. WERLINGER,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-68-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the petition of Luis Rios for a writ of habeas corpus under 28 U.S.C. § 2241 as moot.

_Peter Oppeneer_      10/4/12

Peter Oppeneer, Clerk of Court      Date